UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11150-GAO

B.C. PRODUCE, INC., JOHN CERASUOLO CO., INC. and STATE GARDEN, INC.,
Plaintiffs,

v.

ANTHONY J. MANFREDI and KATHLEEN A. MANFREDI, INDIVIDUALLY AND D/B/A
PUSHCART EXPRESS,
Defendants.

ORDER
July 20, 2011 at 9:30 A.M.

O'TOOLE, D.J.

Upon the application of the Plaintiffs for a temporary restraining order, the Court finds and rules as follows:

1. Plaintiffs have established that the Defendants, Anthony J. Manfredi and Kathleen A. Manfredi did business under the name and style of Pushcart Express [hereinafter "Pushcart Express"] and failed to make timely payment of amounts due for produce sold and delivered in the principal amount of $45,312.12, that interest accrues on this sum at the rate of 18% per annum and that attorneys fees are recoverable by Plaintiffs. There is a reasonable likelihood that judgment will be recovered in the amount of not less than the balance claimed plus substantial interest and attorneys fees. Plaintiffs have also demonstrated a reasonable likelihood of recovery as beneficiaries of the statutory trust as set forth in Perishable Agricultural Commodities Act, 7 U.S.C. § 499a, *et seq* [hereinafter "PACA"] against the Defendants.

2. It is the policy of Congress, as enunciated at 7 U.S.C. §499e(c)(1), to prevent a burden on commerce caused by the dissipation of the assets of brokers and dealers subject to PACA

and to preserve the assets for payment to commodity sellers. PACA "is a remedial statute that should be given a liberal construction in favor of promoting Congress' intended purpose." Hiller Cranberry Prods., Inc. v. Koplovsky, 165 F.3d 1, 6 (1st Cir. 1999).

3. The Defendants have demonstrated an ongoing disregard for the prompt payment mandate of PACA in that they have failed to make timely payment to multiple vendors. Pushcart Express has incurred substantial PACA Trust debt and has announced that it has ceased operations having dissipated PACA Trust assets.

6. The facts establish a dissipation of PACA Trust assets which is likely to continue and cause Plaintiffs irreparable harm unless the relief hereinafter set forth it granted.

7. Inasmuch as the Defendants have dissipated and intend to continue to dissipate assets, including those of the PACA Trust and is holding or should be presently holding PACA Trust assets for the benefit of Plaintiff as adequate security, no bond is required of Plaintiff.

IT IS HEREBY ORDERED:

8. Anthony J. Manfredi and Kathleen A. Manfredi, individually and under the name and style of Pushcart Express, and the agents, servants, employees, representatives, fiduciaries and attorneys of each are hereby enjoined and restrained from in any way paying, accepting payment, conveying, transferring, granting, hypothecating, mortgaging, assigning, selling, releasing, offsetting or in any way changing the status quo of any

> a. assets, monies and property, derived directly or indirectly from the sale of perishable agricultural commodities, in their possession, custody or control; and
>
> b. assets and property of Anthony J. Manfredi and Kathleen A. Manfredi, real,

personal and mixed, tangible and intangible, wherever located, standing in their name or names or in the name of any other persons in any capacity whatsoever, including but not limited to the proceeds from the sale of assets; provided, however, that they may continue to make payment of their ordinary and usual personal living expenses; and

c. until such time as the foregoing monies and property total $60,000.00, which monies shall either be

    i. paid over to Plaintiffs' counsel, or

    ii. set aside in a separate interest bearing account for the benefit of Plaintiffs as to which both Plaintiffs' counsel and Defendants' counsel shall be authorized signatories.

A hearing on Plaintiffs' Motion for Preliminary Injunction (dkt. no. 6) and Motion for Real Estate Attachment (dkt. no. 7) is set for August 1, 2011 at 2:00 P.M. in Courtroom 9 before Judge George A. O'Toole, Jr.

It is SO ORDERED.

                                              /s/ George A. O'Toole, Jr.
                                             United States District Judge